UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Garrett E. Brown, U.S.D.J. |
| v. | : | Criminal No. 08-470 (GEB) |
| STEPHEN TRAPANI | : | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Harvey Bartle, IV, Assistant U.S. Attorney) and defendant Stephen Trapani (Andrea Bergman, Esq., Assistant Federal Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from August 18, 2008 through October 17, 2008, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant having consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) As a condition of his bail, defendant Stephen Trapani is required to enter into and complete a residential drug treatment program. To that end, it is anticipated that he will enter such a program immediately following his arraignment on August 18, 2008 on the above reference indictment.

(2) Plea negotiations are currently in progress, and both the United States and the

defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) Defendant consents to the aforementioned continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this __18th__ day of August 2008,

ORDERED that this action be, and it hereby is, continued from August 18, 2008 through October 17, 2008; and

IT IS FURTHER ORDERED that the period from August 18, 2008 through October 17, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.

_____
HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE

Acknowledged by:

_____
Stephen Trapani
Defendant

_____
Andrea Bergman, Esq.
Attorney for Stephen Trapani

_____
Harvey Bartle, IV
Assistant U.S. Attorney